IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE D. JOHNSON, JR.,

    Plaintiff,

v.

TRUMP/OBAMA ADMINISTRATION, et al.

    Defendants.

ORDER

Case No. 20-cv-47-wmc

---

CLARENCE D. JOHNSON, JR.,

    Plaintiff,

v.

LOCAL #100 SHEET METAL WORKERS, et al.

    Defendants.

ORDER

Case No. 20-cv-59-wmc

---

Plaintiff Clarence D. Johnson, Jr. has filed two proposed complaints. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $400 fees for commencing these actions.

ORDER

IT IS ORDERED that plaintiff Clarence D. Johnson, Jr.'s petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $400 fee for each case

no later than February 12, 2020.  If plaintiff fails to do so, these actions may be dismissed without prejudice to plaintiff filing the case at a later date.

      Entered this 22nd day of January, 2020.

                              BY THE COURT:

                              /s/
                              PETER OPPENEER
                              Magistrate Judge