IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLARENCE D. JOHNSON JR.,

    Plaintiff,

v.

TRUMP/OBAMA ADMINISTRATION, et al

    Defendants.

ORDER

Case No. 20-cv-47-wmc

---

CLARENCE D. JOHNSON JR.,

    Plaintiff,

v.

LOCAL #100 SHEET METAL WORKERS, et al

    Defendants.

ORDER

Case No. 20-cv-59-wmc

---

CLARENCE D. JOHNSON JR.,

    Plaintiff,

v.

HERNICO SHERRIFF'S POLICE DEPT, et al

    Defendants.

ORDER

Case No. 20-cv-77-wmc

---

    Plaintiff Clarence D. Johnson Jr. has filed three proposed civil complaints. Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

    Plaintiff also filed a motion for extension of time to submit his financial affidavit which the courts has received. The motion will be granted.

IT IS ORDERED that:

1. Plaintiff Clarence D. Johnson Jr.'s petition for leave to proceed without prepayment of fees is GRANTED.

2. Plaintiff's motion for extension of time is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Once the screening process is complete, separate orders will issue.

Entered this 25th day of February, 2020.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge