IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE D. JOHNSON, JR.,

                      Plaintiff,

v.                                               Case No.  20-cv-47-wmc

TRUMP/OBAMA ADMINSTRATION,
LANCE WATSON, WATSON OSHEILDS,
MELVIN WHITLEY and FCC DIRECTOR,

                      Defendants.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice this case for lack of subject matter jurisdiction.


/s/                                                11/18/20

Peter Oppeneer                               Date
Clerk of Court